OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: Maria E. Montero | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| | Case Number: 09-37943-RN |
| | Operating Report Number: 10 |
| Debtor(s). | For the Month Ending: Aug-10 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS _____

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS _____

   Non-Debtor Spouse Income                                            8000.00

3. BEGINNING BALANCE:                                                  9,900.00

4. RECEIPTS DURING CURRENT PERIOD:                                     0.00

5. BALANCE:                                                            9,900.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD                     3,973.14

7. ENDING BALANCE:                                                     5,927.76

8. General Account Number(s):                      8731

   Depository Name & Location:    City National Bank
                                  2029 Century Park East
                                  Los Angeles, CA 90067

---

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be be the same as the total from page 2.

CASH DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 8/3/2010 | 152 | dmv | drivers license renewal | 31.00 |
| 8/6/2010 | 153 | AT&T | utilities | 105.00 |
| 8/5/2010 | 154 | optical sphere | medical eyeglasses | 184.00 |
| 8/6/2010 | 156 | Cash | children | 300.00 |
| 8/12/2010 | 157 | Maria e montero | children | 500.00 |
| 8/12/2010 | 158 | SCE | utilities | 758.64 |
| 8/17/2010 | 159 | Levon Satajian | children | 160.00 |
| 8/17/2010 | 160 | guillermo Montero III | airfare trip washington DC | 648.50 |
| 8/26/2010 | 161 | Maria E. Montero | children | 150.00 |
| 8/28/2010 | 163 | Nieve Edith Zelaya | Housekeeping | 860.00 |
| 8-30-20101 | 164 | AT&T | utilities | 54.39 |
| 8/3/2010 | 165 | AT&T | utilities | 81.42 |
| 8/30/2010 | 166 | AT&T | utilities | 37.99 |
| 8/30/2010 | 167 | AT&T | utilities | 82.62 |
| 8/30/2010 | 168 | AT&T | utilities | 277.26 |
| 8/30/2010 | 169 | AT&T | The Gas Co. | 363.21 |
| 8/30/2010 | 170 | SCE | utilities | 578.04 |
| 8/30/2010 | 171 | Time Warner Cable | utilities | 54.90 |
| 8/30/2010 | 172 | DirecTV | utilities | 202.34 |
| | | | | 5,226.97 |
| | | | | |
| | | | | |
| PAYMENTS MADE BY NON-DEBTOR SPOUSE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 5,484.21 |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | |

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____      Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                                  _____
Explanation of Adjustments-

[                                                                              ]

ADJUSTED BANK BALANCE:                                       | $0.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

PAYMENTS DUE SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | | | | |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | Mercury Insurance | | | |
| Others: | | | | |
| | | | | |

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

General Account: _____

Payroll Account: _____

Tax Account: _____

\*Other Accounts: _____  _____

_____  _____

_____  _____

\*Other Monies: _____

\*\*Petty Cash (from below): [_____]

TOTAL CASH AVAILABLE:                    [_____]


Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL PETTY CASH TRANSACTIONS:          [           0.00]


\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#

\*\* Attach Exhibit Itemizing all petty cash transactions

SUMMARY OF QUARTERLY FEES
(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2009 | | 325.00 | 26-Jan-2010 | 325.00 | 0.00 |
| 31-Mar-2010 | | 325.00 | 11-May-2010 | 325.00 | 0.00 |
| 31-June - 2010 | | 325.00 | | 325.00 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## VII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

# XI. QUESTIONNAIRE

|  | No | Yes |
|---|---|---|

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below:

    No **X**    Yes ___

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below:

    No **X**    Yes ___

3. State what progress was made during the reporting period toward filing a plan of reorganization
Debtor filed four lien avoidance motions to be heard on 11/10/2010

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.

    No **X**    Yes ___

I, Maria Elizabeth Montero
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_10-6-2010_
Date

Page 8 of 8

Principal for debtor-in-possession