| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Ori S. Blumenfeld, Esq. (CA SBN 259112)<br>Wilson & Associates LLP<br>10940 Wilshire Blvd., Ste 1600<br>Los Angeles, CA 90024<br>O: 310-220-4900<br>F: 310-443-4296<br><br>*Attorney for* MARIA ELIZABETH MONTERO | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: MARIA ELIZABETH MONTERO | | |
|---|---|---|
| | Debtor. | |
| | Plaintiff(s), | CHAPTER 11<br>CASE NUMBER 09-37943-RN |
| vs. | | ☐ ADVERSARY NUMBER (If Applicable) |
| | Defendant(s). | |

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is *(specify name)*:
   MARIA ELIZABETH MONTERO

2. The name, address and telephone number of the New Attorney are *(specify)*:

3. New Attorney hereby appears in the following matters:   ☒ The case    ☐ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. *(Specify name of Present Attorney)*: Ori S. Blumenfeld

Dated: 10-14-2010

MARIA ELIZABETH MONTERO
*Type Name of Party*                                                    *Signature of Party*

I consent to the above substitution.

Dated: 10/13/10

Ori S. Blumenfeld
*Type Name of Present Attorney*                                         *Signature of Present Attorney*

I am duly admitted to practice in this district. The above substitution is accepted.

Dated: 10-15-2010   Yelena Gurevich

*Type Name of New Attorney*                                             *Signature of New Attorney*

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    F 2090-1.4

| Substitution of Attorney - *Page 2* | **F 2090-1.4** |
|---|---|
| In re MARIA ELIZABETH MONTERO | CHAPTER 11 |
| Debtor. | CASE NUMBER 09-37943-RN |

## IMPORTANT NOTICE

The filing of the within Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See Local Bankruptcy Rule 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 2090-1.4**

Substitution of Attorney - *Page 3*    **F 2090-1.4**

| In re MARIA ELIZABETH MONTERO | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 09-37943-RN |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10940 Wilshire Blvd., Ste 1600, Los Angeles, CA 90024

A true and correct copy of the foregoing document described as SUBSTITUTION OF ATTORNEY _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _10-15-2010_ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
Russell Clementson on behalf of U.S. Trustee United States Trustee (LA) - russell.clementson@usdoj.gov
John D Schlotter on behalf of Creditor Wells Fargo Bank, N.A. - ecfmail@aclawllp.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.
Hon. Richard Neiter
United States Bankruptcy Court - Central District of California
255 E. Temple Street, Suite 1652 / Courtroom 1645
Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/15/10 | Nahaleh Omranian | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

Substitution of Attorney - Page 4

F 2090-1.4

| In re MARIA ELIZABETH MONTERO | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 09-37943-RN |

**ADDITIONAL SERVICE INFORMATION** (if needed):

American Express
P.O. Box 981540
El paso Tx 79998
(915) 533-6887

Ceder Sinai Medical Center
8700 Beverly Blvd.
Los Angeles CA 90048
(310) 423-0113

Citibank
P.O. Box 6411
The Lakes, NV 88901
(605)-357-2073

Diners Club
P.O. Box 6003
The Lakes NV 88901
(605)-357-2073

Elite Investments
P.O. Box 3324
Beverly Hills CA 90120
(818) 787-8878

Feldman & Associates
11030 Santa Monica Blvd. #109
Los Angeles CA 90025
(310) 312-5409

Fireman's Fund
P.O. Box 7288
Pasadena CA 91109
(415) 899-3600

Interbahia Investments
19585 Whitewater Ave.
Weston FL 3332

Neiman Marcos
P.O. Box 729080
Dallas TX 75372
(214) 742-4904

Omar E. Leon
8821 Maria More Lane
W. Palm Beach, FL 33412

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 2090-1.4

T Mobile
P.O. Box 51843
Los Angeles CA 90051
(425) 378-4040

Well Fargo Bank
1298 E. 14th St.
San Leandro CA 94577
(626) 312-3015

Chase Auto
P.O. Box 78101
Phoenix, Arizona 85062
(800) 255-9502

Chrysler Financial
P.O. Box 900001921
Louisville KY 40290
(248) 427-6600

Franchise Tax Board
P.O. Box 942867
Sacramento CA 94240
(916) 845-0494

Los Angeles County Tax Collector
225 North Hill Street
Los Angeles CA 90012
(213) 633-5427

United States Trustee
725 S Figueroa St # 2600
Los Angeles, CA 90017-5413
(213) 894-2603

R. Todd Neilson, Trustee
On behalf of Peck/Jones Construction Corporation
2049 Century Park East
Suite 2300
Los Angeles, CA 90067

**Todd A. Nesbitt, Esq.**
**NESBITT & NESBITT, LLP**
**9171 Wilshire Blvd., Suite 400**
**Beverly Hills, CA 90210**