**FILED & ENTERED**

**NOV 17 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jones    **DEPUTY CLERK**

Yelena Gurevich (CA SBN 269487)
Wilson & Associates LLP
10940 Wilshire Blvd., Suite 1600
Los Angeles, California 90024
(310) 220-4900 Office
(310) 443-4296 Fax
lgurevich@wilsonassocllp.com

Attorney for Chapter 11
Debtor and Debtor in Possession

UNITED STATES BANKRUPCTY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re

Maria Elizabeth Montero,

        Debtor.

Case No.: LA2:09-37943 RN

Chapter 11

**ORDER GRANTING DEBTOR MARIA ELIZABETH MONTERO'S MOTION TO FOR ORDERS TO DETERMINE VALUE OF REAL PROPERTY**

**Judge: Hon. Richard M. Neiter**
**Date: November 10, 2010**
**Time: 9:00am**
**Place: Courtroom 1645**
       **255 East Temple St.,**
       **Los Angeles, CA 90012**

1

**ORDER GRANTING DEBTOR MARIA ELIZABETH MONTERO'S MOTION TO FOR ORDERS TO DETERMINE VALUE OF REAL PROPERTY**

**TO THE HONORABLE RICHARD M. NIETER:**

**PLEASE TAKE NOTICE THAT** Debtor Maria Elizabeth Montero ("Debtor"), by and through (former) counsel, Ori S. Blumenfeld, moved the Court, for consideration to determine value of real property, to stay post petition payments and to allow Debtor to extinguish and avoid the Fifth Judgment Lienholder Peck/Jones Construction Corporation, the Beneficiary, on Debtor's real property located at 631 North Hillcrest Road, Beverly Hills, CA 90210 (hereinafter, Property").

The Court having found that Notice of the Motion is proper; and after cross-examination and redirect examination of the appraiser, Pamela LeNoue; and after due deliberation and sufficient cause appearing thereof, it is hereby

1. **ORDERED**, that the Motion is granted only to the extent set forth herein,
2. **ORDERED**, that the value of real property located at 631 North Hillcrest Road, Beverly Hills, CA 90210 ("Property"), which is the Debtor's principal residence is determined to be $2,900,000, as stated in the appraisal prepared by Pamela LeNoue on February 19, 2010;
3. **ORDERED**, that the allowed claim of the first trust deed holder Wells Fargo Bank, NA ("WFB") is $3,195,073.40;
4. **ORDERED**, that the amount of the claim of WFC exceeds the value of the Property;
5. **ORDERED**, that the claim of Fifth Lienholder, a Deed of Trust in favor of R. Todd Nelson, Chapter 7 Trustee for the estate of beneficiary Peck ("Peck"), is junior to the First, Second, and Third Deeds of Trust, and Fourth Judgment Creditor Feldman & Associates, Inc.  Peck's claim exceeds the value of the Property;

6. **ORDERED**, that no payments shall be made on any of these claims pending further order of this Court; and

7. **ORDERED,** that said liens are not deemed to stripped from the Property absent confirmation of a plan of reorganization which seeks to strip those liens and to treat the claims as general unsecured claims.

##

DATED: November 17, 2010

_____
United States Bankruptcy Judge

| In re | Chapter 11 |
|---|---|
| Maria Elizabeth Montero | Case.: 2:09-bk37943 -RN |
| Debtors | |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10940 Wilshire Blvd. #1600 Los Angeles CA 90024

A true and correct copy of the foregoing document described as
**[PROPOSED] ORDER DENYING DEBTOR MARIA ELIZABETH MONTERO'S FOURTH MOTION TO EXTEND EXCLUSIVE PERIODS WITHIN WHICH TO FILE AND CONFIRM PLAN OF REORGANIZATION**

 **(a)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **November 12, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Judge Richard M. Neiter
255 E. Temple Street, Suite 1652 / Courtroom 1645
Los Angeles, CA 90012

X    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*November 12, 2010*          *Arthur C Doyle*          */s/ Arthur C Doyle*

4

**ORDER GRANTING DEBTOR MARIA ELIZABETH MONTERO'S MOTION TO FOR ORDERS TO DETERMINE VALUE OF REAL PROPERTY**

| | | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

United States Trustee
725 S Figueroa St # 2600
Los Angeles, CA 90017-5413

American Express
P.O. Box 981540
Elpaso Tx 79998
(915) 533-6887

Ceder Sinai Medical Center
8700 Beverly Blvd.
Los Angeles CA 90048
(310) 423-0113

Citibank
P.O. Box 6411
The Lakes, NV 88901
(605)-357-2073

Diners Club
P.O. Box 6003
The Lakes NV 88901
(605)-357-2073

Elite Investments
P.O. Box 3324
Beverly Hills CA 90120
(818) 787-8878

Feldman & Associates
11030 Santa Monica Blvd. #109
Los Angeles CA 90025
(310) 312-5409

Fireman's Fund
P.O. Box 7288
Pasadena CA 91109
(415) 899-3600

Interbahia Investments
19585 Whitewater Ave.
Weston FL 3332

Neiman Marcos
P.O. Box 729080
Dallas TX 75372
(214) 742-4904

Omar E. Leon
8821 Maria More Lane
W. Palm Beach, FL 33412

T Mobile
P.O. Box 51843
Los Angeles CA 90051
(425) 378-4040

Well Fargo Bank
1298 E. 14th St.
San Leandro CA 94577
(626) 312-3015

Well Fargo Home Mortgage Bank
1298 E. 14th St.
San Leandro CA 94577
(510) 895-5309

Chase Auto
P.O. Box 78101
Phoenix, Arizona 85062
(800) 255-9502

Chrysler Financial
P.O. Box 900001921
Louisville KY 40290
(248) 427-6600

Franchise Tax Board
P.O. Box 942867
Sacramento CA 94240
(916) 845-0494

Los Angeles County Tax Collector
225 North Hill Street
Los Angeles CA 90012
(213) 633-5427

United States Trustee
725 S Figueroa St # 2600
Los Angeles, CA 90017-5413
(213) 894-2603

**ORDER GRANTING DEBTOR MARIA ELIZABETH MONTERO'S MOTION TO FOR ORDERS TO DETERMINE VALUE OF REAL PROPERTY**

|  |  |
|---|---|
| In re | Chapter 11 |
| Maria Elizabeth Montero | |
| Debtor, | Case.: 2:09-bk37943-RN |

NOTE TO USERS OF THIS FORM:
**1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.**
**2) The title of the judgment or order and all service information must be filled in by the party lodging the order.**
**3) Category I. below:  The United States trustee and case trustee (if any) will always be in this category.**
**4) Category II. below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.**

NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) [PROPOSED] ORDER DENYING DEBTOR MARIA ELIZABETH MONTERO'S SECOND MOTION TO EXTEND EXCLUSIVE PERIODS WITHIN WHICH TO FILE AND CONFIRM PLAN OF REORGANIZATION

was entered on the date indicated as on the first page of this judgment or order and will be served in the manner

I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.
__ Service information continued on attached page

II. SERVED BY THE COURT VIA U.S. MAIL: A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below
__ Service information continued on attached page

III. TO BE SERVED BY THE LODGING PARTY: Within 72 hours after receipt of a copy of this judgment or order which bears an entered stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:
☒ Service information continued on attached page

**ORDER GRANTING DEBTOR MARIA ELIZABETH MONTERO'S MOTION TO FOR ORDERS TO DETERMINE VALUE OF REAL PROPERTY**

| | |
|---|---|
| In re | Chapter 11 |
| Maria Elizabeth Montero | |
| Debtor, | Case.: 2:09-bk37943 -RN |

United States Trustee
725 S Figueroa St # 2600
Los Angeles, CA 90017-5413

American Express
P.O. Box 981540
Elpaso Tx 79998
(915) 533-6887

Ceder Sinai Medical Center
8700 Beverly Blvd.
Los Angeles CA 90048
(310) 423-0113

Citibank
P.O. Box 6411
The Lakes, NV 88901
(605)-357-2073

Diners Club
P.O. Box 6003
The Lakes NV 88901
(605)-357-2073

Elite Investments
P.O. Box 3324
Beverly Hills CA 90120
(818) 787-8878

Fireman's Fund
P.O. Box 7288
Pasadena CA 91109
(415) 899-3600

Interbahia Investments
19585 Whitewater Ave.
Weston FL 3332

Neiman Marcos
P.O. Box 729080
Dallas TX 75372
(214) 742-4904

Omar E. Leon
8821 Maria More Lane
W. Palm Beach, FL 33412

T Mobile
P.O. Box 51843
Los Angeles CA 90051
(425) 378-4040

Well Fargo Bank
1298 E. 14th St.
San Leandro CA 94577
(626) 312-3015

Well Fargo Home Mortgage Bank
1298 E. 14th St.
San Leandro CA 94577
(510) 895-5309

Chase Auto
P.O. Box 78101
Phoenix, Arizona 85062
(800) 255-9502

Chrysler Financial
P.O. Box 900001921
Louisville KY 40290
(248) 427-6600

Franchise Tax Board
P.O. Box 942867
Sacramento CA 94240
(916) 845-0494

Los Angeles County Tax Collector
225 North Hill Street
Los Angeles CA 90012
(213) 633-5427

United States Trustee
725 S Figueroa St # 2600

7

**ORDER GRANTING DEBTOR MARIA ELIZABETH MONTERO'S MOTION TO FOR ORDERS TO DETERMINE VALUE OF REAL PROPERTY**

Los Angeles, CA 90017-5413                              (213) 894-2603